IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

HIROKO SWANIGAN
QUESTER SWANIGAN                                                                PLAINTIFFS

VS.                                                        CIVIL ACTION NO. 3:05-CV-0326-WHB-JCS

AON CORPORATION, AON SELECT, INC.
GERBER LIFE INSURANCE COMPANY,
CAMBRIDGE INTEGRATED SERVICES, INC.,
AND MANAGED CARE CONCEPTS of Delaware, INC.                  DEFENDANTS

## ORDER

This day there came on for hearing the *ore tenus* motion of Plaintiff, Hiroko Swanigan and Quester Swanigan, and Defendants, Aon Corporation, Aon Select, Inc., Gerber Life Insurance company, Cambridge Intergrated Services, Inc., and Managed Care Concepts of Delaware, Inc., to dismiss all claims asserted in the above-styled civil action with prejudice.  The Court, having been advised that the parties have reached a settlement agreement, finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that all claims asserted in this civil action are dismissed with prejudice.

ORDERED, this the 8th day of February, 2007.

                                                                s/William H. Barbour, Jr.
                                                                UNITED STATES DISTRICT JUDGE

AGREED TO AND APPROVED:


/S/CARYN ANLAGE
Counsel for Plaintiffs


/S/EDWARD BLACKMON
Counsel for Defendants